IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

CARLOS JAVIER PASCUA MARTINEZ,                              PETITIONER
A# 208-659-377

V.                                                    CIVIL NO. 5:26-cv-507-DCB-RPM

WARDEN, ET AL.                                                RESPONDENTS

ORDER

Pro se Petitioner Carlos Javier Pascua Martinez ("Petitioner"), is housed at the Adams County Correctional Center in Natchez, Mississippi, and brings this Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  The Court directs Petitioner to file a sworn Petition that complies with the habeas statutes and Rule 2 of the *Rules Governing Section 2254 Cases in the United States District Courts*.[1]  It is hereby,

ORDERED that on or before July 6, 2026, Petitioner shall either complete, sign, and file a form "Petition For A Writ of Habeas Corpus Under 28 U.S.C. § 2241" to continue with this case or file a Notice of Voluntary Dismissal if Petitioner does not wish to pursue this case.

IT IS FURTHER ORDERED that the Clerk of Court is directed to mail a copy of this Order along with a Form AO-242 Petition to Petitioner at Petitioner's address of record.

---

[1] "A district court may apply any or all of the rules governing § 2254 habeas petitions to those cases filed pursuant to § 2241." *Reyes-Gonzalez v. Driver*, No. C-05-248, 2005 WL 1669830, at *2 (S. D. Tex. 2005) (citing Rule 1(b) of the Rules Governing § 2254 Cases).

The Court warns Petitioner that failure to advise this Court of a change of address or a failure to comply with any Order of this Court will result in the dismissal of this case.

THIS the 4th day of June, 2026.

s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE